H. G. Vogel Company v. Harris Wolff.— Motion granted; question certified. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Frederick W. Shepard v. The City of New York.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Mark I. Knapp.— Application denied. Memorandum per curiam. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Henry A. Caesar and Another v. William M. Bernard. Henry A. Caesar and Another v. W. C. Runyon. Henry A. Caesar and Another v. Robert W. Bernard.— Motions granted; questions certified. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Nicholas Meyer.— Motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of New York Taxicab Company.—Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Julia P. McSwegan v. Peter Stephan and Others.— Motion granted to extent stated in memorandum per curiam. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Charles A. Morse and Another v. Carolyn T. Kelsey.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of George Robinson.— Motion granted. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of M. Francis Kenney.— Motion granted. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin Clarke and Scott, JJ.

In the Matter of Isidore Oshlag.— Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Louis Alexander.— Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Josephus Burrieci v. Pelham Operating Company.— Motion denied, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Louis Solomon v. Henry Kuntz, Impleaded.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Keepsdry Construction Company v. Lippa Baronoff and Another.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John Juliams v. Carey Printing Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.